# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER CHARLES
MARIAKIS, INDIVIDUALLY, AND
ON BEHALF OF HIS DECEASED
MOTHER, LORI MARIAKIS

NO. 2021 CW 1515

VERSUS

DECEMBER 7, 2021

NORTH OAKS HEALTH SYSTEM

---

In Re:    Christopher Charles Mariakis, individually, and on behalf of his deceased mother, Lori Mariakis, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 13-0000198.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **STAY DENIED; WRIT DENIED.**

                            JEW
                            MRT

   **McClendon, J.,** concurs.  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT